UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2006 FEB 23  P 3: 21

**SUNSHINE OUTDOOR OF FLORIDA,**
a florida corporation,

    **Plaintiff,**

v.

                                  Case No. 3:05-cv-3-J-20MCR

**CITY OF STARKE,**
a florida municipal corporation,

    **Defendant.**
_____/

## ORDER

The Court has been telephonically notified that the Parties have reached a settlement on all claims. Therefore, the case is **DISMISSED without prejudice** for thirty (30) days, during which the Parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. All pending Motions, if any, are denied as moot, and the Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 23rd day of February, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Gary S. Edinger, Esq.
Susan Seereiter Oosting, Esq.
Garry Randolph, CRD